# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH THIBODEAUX** | * | |
| | * | **CIVIL ACTION NO.:** |
| **Plaintiff** | * | |
| | * | **SECTION:** |
| vs. | * | |
| | * | **JUDGE:** |
| | * | |
| **T-H. MARINE SUPPLIES, LLC** | * | **MAGISTRATE:** |
| | * | |
| **Defendant** | * | |
| | * | |
| ************************************* | | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA.

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b) and 1446, and for the sole purpose of removing this matter to the United States District Court for the Middle District of Louisiana, Defendant, T-H Marine Supplies, L.L.C. state that:

A.   State Court Action.

1.   On June 21, 2021, plaintiff, Keith Thibodeaux, filed a Petition for Damages in the 19th Judicial Court, Parish of East Baton Rouge, State of Louisiana, *Keith Thibodeaux v. T.H. Marine Supplies, LLC,* Suit No. 708872, Section 27. Copies of the Citation and Petition that were served via certified mail on the defendant on July 8, 2021, are attached as Exhibit 1. Undersigned counsel will file a copy of all process, pleadings, notices and orders filed in the State Court proceedings after removal in accordance with 28 U.S.C. § 1447 (B).

2.	Pursuant to 28 U.S.C. § 1446(d), counsel for the defendant is filing a copy of this Notice of Removal with the 19th Judicial Court, Parish of East Baton Rouge, State of Louisiana, and is sending a copy of the Notice to plaintiff's counsel.

B.	Diversity of Citizenship

1.	There is complete diversity of citizenship between the plaintiff and the defendant.

2.	At the time plaintiff commenced this action, he was a citizen of the State of Louisiana. *(Exhibit 1- Petition for Damages)*

3.	T-H Marine Supplies, L.L.C. is incorporated in Delaware, and maintains its principal place of business in Huntsville, Alabama, while also maintaining a registered agent in Wilmington, Delaware. Accordingly, for the purposes of removal it is a citizen of Alabama and Delaware.

4.	A defendant has the right to remove a case to federal court if the case involves a dispute between completely diverse parties and the amount in controversy, excluding interest and costs, exceeds $75,000. 28 U.S.C. § 1332. The defendant, as the removing party, has the burden of establishing federal jurisdiction. *Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999); *Jernigan v. Ashland Oil, Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).

C.	Amount in Controversy.

In his Petition for Damages, plaintiff alleges severe bodily injuries including pain and mental anguish, and medical expenses. Specifically, plaintiff alleges in paragraph thirteen of his Petition for Damages that he is suing for amount as are reasonable in the premises and which excess the amount necessary for both trial by jury in the state court and ***federal diversity jurisdiction***. (emphasis added). Accordingly, the amount in controversy is satisfied in this case.

Defendant does not admit the plaintiff's case is worth over $75,000, but rather that the amount in controversy is for removal purposes only.

D.      Diversity Jurisdiction.

The Court has jurisdiction pursuant to 28 U.S.C. §1332 and this action may be removed to this Court pursuant to 28 U.S.C. §1441, as it is a civil action in which plaintiff is a resident or citizens of the State of Louisiana and the defendant is not, and in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as pled in paragraph thirteen (13) in Plaintiff's Petition for Damages.

E.      Timeliness of Notice of Removal.

The defendant first received notice of this civil action through service of the Citation and Petition on July 8, 2021. *(Exhibit 1- Petition for Damages)* Removal of this action is, therefore, timely under 28 U.S.C. §1446(b).

F.      Written Consent

There is only one defendant, T-H Marine Supplies, L.L.C. which files this Notice of Removal accordingly.

G.      Relief Requested.

The Defendant requests that the United States District Court for the Middle District of Louisiana assume jurisdiction over this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

H.      Required Documents

The Defendants are filing with this Notice of Removal the following:

(a)      Civil Cover Sheet;

(b)     A copy of the Petition for Damages filed by Plaintiffs and a copy of the Service of Process on T-H Marine Supplies, L.L.C. are attached as Exhibit 1.

(c)     A list of all attorneys, including their addresses, telephone numbers and who they represent, attached as Exhibit 2.

(d)     A copy of the First Motion and order for Extension of time in Which to Plead, fax filed by T-H Marine Supplies, L.L.C on July 23, 2021, with the 19th Judicial Court. Parish of East Baton Rouge, State of Louisiana as Exhibit 3.

A certified copy of the state court record from the 19th Judicial Court. Parish of East Baton Rouge, State of Louisiana will be subsequently filed with this court.

I.     Notice of Filing

The Defendant has given or is in the process of giving notice of the filing of this Notice of Removal to the State Court and to all parties through their attorneys of record.

**WHEREFORE**, T-H. Marine Supplies, L.L.C. respectfully requests that this Court remove this action from the 19th Judicial Court. Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,
**LAW OFFICES OF ROBERT D. FORD**

*/s/ John E. Unsworth, III*

_____

**JOHN E. UNSWORTH, III (LA BAR #26738)**
111 Veterans Boulevard, Suite 1670
Metairie, Louisiana 70005
Telephone:    (504) 461-4424
Facsimile:    (508) 453-3606
*Counsel for defendant, T-H. Marine Supplies, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of August, 2021, I caused to be delivered via first-class mail, postage prepaid, email and/or by facsimile the within ***Defendant's Notice of Removal*** to Plaintiff's counsel as listed below:

Darrel J. Papillion
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone:          (225) 236-3636
Facsimile:     (225) 236-3650
papillion@lawbr.net

>	*/s/ John E. Unsworth, III*
>	_____
>	**JOHN E. UNSWORTH, III**