# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

**KEITH THIBODEAUX**
(Plaintiff)

VS

**TH MARINE SUPPLIES, LLC**
(Defendant)

NUMBER C-708872 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO: T.H. MARINE SUPPLIES, LLC

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **JUNE 22, 2021**.

*Hope Michelli*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: PAPILLION, DARREL J, ESQ.
(225) 236-3636

*Also attached are the following documents:
PETITION FOR DAMAGES, REQUEST FOR NOTICE

**SCANNED**

CITATION-LONG ARM-2006

RECEIVED
JUN 2 5 2021
BY:_____


EXHIBIT 1

EAST BATON ROUGE PARISH  C-708872
Filed Jun 21, 2021 12:29 PM    27
Deputy Clerk of Court
E-File Received Jun 21, 2021 12:02 PM

KEITH THIBODEAUX

VERSUS

T.H. MARINE SUPPLIES, LLC

NUMBER: **708872** SEC.: **27**

19ᵀᴴ JUDICIAL DISTRICT COUURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of Keith Thibodeaux, a person of the full legal age of majority domiciled in the Parish of West Baton Rouge, State of Louisiana, respectfully represents:

1.

Made Defendant herein is T.H. Marine Supplies, LLC ("T.H. Marine" or "Defendant"), a limited liability company organized and existing under the laws of the State of Delaware, not registered in Louisiana, but doing business in Louisiana.

2.

T.H. Marine designs, manufactures, markets, sells and delivers into commerce a G-Force Trolling Motor Handle and Cable ("G-Force").

3.

On December 3, 2020, while fishing, Mr. Thibodeaux utilized the G-Force to release his trolling motor, as he did so, the cable broke, throwing him to the hard floor of his boat. He sustained suffering severe and traumatic injuries.

4.

At all relevant times, Mr. Thibodeaux used the G-Force in the manner in which T-H Marine intended it to be used.

5.

Mr. Thibodeaux's damages and injuries resulted from the fault of T. H. Marine in the following non-exclusive particulars.

6.

T. H. Marine's G-Force was and is advertised, analyzed, assembled, compounded, designed, developed, distributed, formulated, inspected, labeled, manufactured, marketed, packed, produced, promoted, processed, researched, sold, and tested by T. H. Marine. Upon information and belief, T. H. Marine developed and designed not only the G-Force itself, but all its component parts.

-1-


Certified True and Correct Copy
CertID: 2021062200131

Hope Michell
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date: 6/22/2021 8:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

T. H. Marine designed, manufactured, marketed, sold, distributed, and supplied the G-Force that caused Mr. Thibodeaux's injuries and damages. T. H. Marine failed to use due and reasonable care in designing and manufacturing this device that caused the December 3, 2020 incident because its products were not properly designed and/or manufactured and possessed one or more vices or defects making it unreasonably dangerous for normal use.

8.

T. H. Marine's G-Force snapped when in use which presented an unreasonable risk of harm to consumers like Mr. Thibodeaux.

9.

The December 3, 2020 incident that forms the basis of this lawsuit was caused as a result of T. H. Marine's acts, omissions, and failures in the following non-exclusive respects:

a. failing to design and/or manufacture the G-Force in such a way as to avoid the type of incident sued upon herein;

b. the product deviated in a material way from T. H. Marine's own specifications and/or performance standards and, therefore, was unreasonably dangerous in construction and composition;

c. there existed one or more alternative designs for this product capable of preventing the incident that occurred in this instance and the likelihood that this product's design would cause or contribute to this type of incident and the gravity of such harm outweighed the burden on T. H. Marine to adopt such alternative designs and the adverse effect, if any, of such alternative design of the utility of this product;

d. the product was insufficiently tested;

e. the product possessed one or more characteristics that did in fact cause damage and gave rise to an unreasonable risk of harm, and T. H. Marine failed to use reasonable care to provide an adequate warning of such dangerous characteristics of this product and its dangers to users of this product;

f. failing to provide proper warnings and instructions to the users of the G-Force, particularly regarding the application for which the subject equipment was being used on December 3, 2020;

g. failing to have sufficient backup or redundant protective systems in place to guard against injuries of the type of incident that caused Mr. Thibodeaux's injuries;

h. designing and/or manufacturing the product in such a way as to have been a legal cause of the incident;

i. other vices and defects that rendered the product defective and unreasonably dangerous, all of which will be proven at trial; and

j. designing a defective product and failing to manufacture the product in accord with its own standards.


Certified True and Correct Copy
CertID: 2021062200131

Hope Michell
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/22/2021 8:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

10.

T. H. Marine failed to provide adequate warnings to users of the products it manufactured that an incident like the subject incident could occur in the manner in which the subject incident occurred and failed to properly warn users of its products how the subject equipment should safely and properly be used to avoid incidents like the incident sued upon.

11.

In the alternative, Plaintiff claims the doctrine of *res ipsa loquitur*. If the proper degree of care had been taken in the discharge of Defendant's duties, the incident would not have occurred, and as a legal matter, fault is legally implied.

12.

At all relevant times relevant hereto, Mr. Thibodeaux could have taken no action whatsoever so as to prevent this incident or otherwise mitigate his injuries and damages, and he was free from any fault whatsoever in causing or bringing about the events or injuries sustained as a result of the December 3, 2020 incident.

13.

Mr. Thibodeaux has suffered losses and continues to suffer losses arising from his injuries, and he seeks damages from T. H. Marine as follows and sues for amounts as are reasonable in the premises and which exceed the amount necessary for both trial by jury in state court and federal diversity jurisdiction:

1) Physical injury and impairment of function;
2) Pain and suffering – past, present, and future;
3) Mental anguish and emotional distress – past, present, and future;
4) Loss of enjoyment of life – past, present, and future;
5) Loss of Wages – past, present, and future – and impairment of future earning capacity;
6) Permanent disability, disfigurement, and scarring; and
7) Doctor, medical, hospital, and pharmaceutical expenses – past, present, and future.

14.

Plaintiff is entitled to and requests trial by jury on all issues triable by jury.

WHEREFORE, plaintiff, Keith Thibodeaux, prays for judgment in his favor and against defendant, T. H. Marine, Inc., for all compensable and equitable damages available under the law, including any applicable attorney's fees, court costs, judicial interest from the date of demand, and all other reasonably awardable costs and expenses.

-3-


Certified True and Correct Copy
CertID: 2021062200131

*Hope Michell*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/22/2021 8:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

By attorneys:

s/Darrel J. Papillion
Darrel J. Papillion (#23243)
Renee C. Crasto (#31657)
Jennifer Wise Moroux (#31368)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
         crasto@lawbr.net
         jmoroux@lawbr.net

*Attorneys for Plaintiff Keith Thibodeaux*

**PLEASE SERVE:**

**T.H. Marine Supplies, LLC**
*Through the Louisiana Long Arm Statute*
Registered Agent:
The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

-4-


Certified True and
Correct Copy
CertID: 2021062200131

*Hope Michell*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/22/2021 8:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH   C-708872
Filed Jun 21, 2021 12:29 PM      27
Deputy Clerk of Court
E-File Received Jun 21, 2021 12:02 PM

| | |
|---|---|
| KEITH THIBODEAUX | NUMBER:         SEC.: |
| VERSUS | 19TH JUDICIAL DISTRICT COUURT |
| | PARISH OF EAST BATON ROUGE |
| T.H. MARINE SUPPLIES, LLC | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

TO: Clerk of Court
19th Judicial District Court

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above-numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

By attorneys:

s/Darrel J. Papillion
Darrel J. Papillion (#23243)
Jennifer Wise Moroux (#31368)
Renee C. Crasto (#31657)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
         jmoroux@lawbr.net
         crasto@lawbr.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been submitted for service on all defendants along with the *Petition for Damages*, this 21st day of June, 2021.

s/Darrel J. Papillion

Certified True and Correct Copy
CertID: 2021062200132

Hope Michell
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/22/2021 8:59 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

| | |
|---|---|
| KEITH THIBODEAUX | NUMBER: 708,872  SECT: 27 |
| VERSUS | 19TH JUDICIAL DISCTRICT COURT |
| T. H. MARINE, ET AL. | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

**AFFIDAVIT OF SERVICE
VIA LONG ARM STATUTE**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, duly commissioned and qualified in the Parish and State aforesaid, personally came and appeared Missy Guillot, who, being first duly sworn, did depose and state:

That on the 25th day of June 2021, she did enclose in an envelope a Citation and Petition for Damages, along with the original letter of transmittal, which envelope, correspondence and citation were addressed to T. H. Marine Supplies, LLC., The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19081.

That she affixed sufficient postage to send the said pleadings to the addressee by first class mail and deposited it in the United States Mail on the 25th day of June 2021.

That she has attached hereto and made a part hereof the original return receipt, which indicates that said envelope was delivered to the said addressee on the 8th day of July 2021.

_____
Missy Guillot

SWORN TO AND SUBSCRIBED before me, this 28 day of July 2021, at Baton Rouge, Louisiana.

_____
NOTARY PUBLIC

Print name: Hayden Moore

Notary No. 136617



1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: T.H. Marine

Corporation Trust Co.
Corporation Trust Ctr.
1209 Orange St.
Wilmington, DE 19801

9590 9402 6192 0346 0068 79

2. Article Number (Transfer from service label)
7019 0706 0000 7703 4977

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
R_____                          JUL 08 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

